IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>SALVATORE ALESI, GMAC MORTGAGE, ALLY BANK CORP.,<br><br>Defendants/Counter-Claimants/Cross-Claimants/Counter-defendants/Cross-Defendants. | CIVIL NO. 10-1796<br><br>**ORDER** |

Appearances:

MICHAEL JOSHUA NEEDLEMAN
SPECTOR GADON & ROSEN
7 PENN CENTER
1635 Market Street
6th Floor
PHILADELPHIA, PA 19103
*Attorney for plaintiff and counter-defendant Certain Underwriters at Lloyd's of London*

STANLEY B. CHEIKEN
261 OLD YORK ROAD
SUITE 503
JENKINTOWN, PA 19046
*Attorney for defendant, counterclaimant, and cross-defendant Salvatore Alesi*

BRIAN M. FLEISCHER
FLEISCHER & FLEISCHER
PLAZA 1000 AT MAIN STREET
SUITE 208
VOORHEES, NJ 08043
*Attorney for defendant, crossclaimant, and counterclaimant GMAC Mortgage, Ally Bank Corporation*

**HILLMAN**, District Judge

   For the reasons explained in this Court's Opinion entered

today, it is hereby on this   30th  , day of December, 2011,

      **ORDERED** that the motion for partial summary judgment filed by plaintiff and counter-defendant Certain Underwriters at Lloyd's of London ("Lloyd's") [29] is **GRANTED IN PART AND DENIED IN PART**; and it is further,

      **ORDERED** that the motion for partial summary judgment against Lloyd's filed by defendant, crossclaimant, and counterclaimant GMAC Mortgage and Ally Bank Corporation (collectively "GMAC") [31] is **DENIED**; and it is further,

      **ORDERED** that the motion for partial summary judgment filed by defendant GMAC against Salvatore Alesi ("Alesi") [32] is **DENIED**; and it is further,

      **ORDERED** that the cross-motion for summary judgment filed by Lloyd's [34] is **GRANTED.**


                                            s/Noel L. Hillman
                                            NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey